UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL VERNELL YOUNG** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2131** |
| **BEVERLY KELLY, ET AL.** | **SECTION: "I"(1)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion to dismiss, Rec. Doc. 22, is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of May, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**